1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM KJN P

12                 Plaintiffs,

13        v.

14   EDMUND G. BROWN, JR., et al.,,

15                 Defendants.

16   ───────────────────────────                No.  2:16-cv-0811 TLN CKD P
     ERIC REININGA,
17
                 Plaintiff,
18                                              ORDER TO SHOW CAUSE
          v.
19
     TIMOTHY BELAVICH, et al.,
20
                 Defendants.
21

22

23          Examination of the above-entitled actions suggests that these cases are related within the

24   meaning of Local Rule 123(a) and that assignment of the matters to the same judge is likely to

25   effect a substantial savings of judicial effort.

26          Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this

27   order the parties in the above-captioned cases may show cause, if any they have, why the action

28   /////

                                               1

denominated as 2:16-cv-0811 TLN CKD P should not be reassigned to the undersigned and

Magistrate Judge Kendall J. Newman for all further proceedings.

DATED:  April 28, 2016

_____
UNITED STATES DISTRICT JUDGE

2