FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 03 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ERIC REININGA, | No. 17-16643 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:16-cv-00811-TLN-DB |
| v. | Eastern District of California, Sacramento |
| TIMOTHY BELAVICH; et al., | |
| Defendants-Appellees. | ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Ann Julius
Circuit Mediator

SMC/Mediation